LEWIS HISTORICAL PUBLISHING CO., INC., v. JAMES O. SEBRING.— Motion granted to the extent of extending appellant's time to serve and file the record on appeal and appellant's points to November 7, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

STEPHEN F. KELLY, Respondent, v. JOHN T. PROUT, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL BANK OF NORTH HUDSON, Respondent, Appellant, v. LAWRENCE J. HIRSCH and Others, Appellants, and IRVING TRUST COMPANY, Respondent.— Judgment so far as appealed from affirmed, with costs of this appeal to the defendant, respondent, Irving Trust Company, against the defendants, appellants. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY SHAPIRO and HENRY BERKOWITZ, Copartners, etc., and Another, Respondents, v. CHILDS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA KADEN, Appellant, v. BLUE RIDGE COAL CORPORATION and MORRIS HOCHBERG, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE SCHWARTZ, Appellant, v. HARRY SCHWARTZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR A. SEIDMAN, Appellant, v. MOUNT HOPE FINISHING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BALDWIN BUILDING AND LOAN ASSOCIATION, Appellant, v. EUGENE KLEIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [136 Misc. 752.]

MILTON HESSBERG, Respondent, v. MAX KUTZIN and HARRY SILVERMAN, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL T. BARON, Appellant, v. MURRAY STAND and Others, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within twenty days from service of order upon payment of said costs. The complaint states a good cause of action for conversion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARVILLA PATTON, Respondent, v. FRANK KALEN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAROLD HARRIS, Respondent, v. HARRY BERGER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.